BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED

FILED
DEC 1 8 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCOS NUNO SANTANA, ET AL.,<br><br>Defendants. | CASE NO.  1:14 CR 00271 LJO SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 18, 2014, charging the above defendants with a violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)-Conspiracy to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1(A)-Possession With Intent to Distribute Methamphetamine and a Criminal Forfeiture allegation be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given

Motion to Seal Indictment

1

bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: December 18, 2014          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                            By    /s/ Kathleen A. Servatius
                                  KATHLEEN A. SERVATIUS
                                  Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   December 18, 2014        _____
                                  U.S. Magistrate Judge