BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

JUL 21 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14CR271 LJO-SKO |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL INDICTMENT |
| v, | |
| HUMBERTO BUCIO DELGADO, ET AL. | |
| Defendants. | |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the Indictment and Arrest Warrant under seal.

Based on the foregoing, the United States respectfully requests that the indictment and arrest warrants be unsealed and made public record.

Dated: July 21, 2015                         BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ KATHLEEN A. SERVATIUS
                                                 KATHLEEN A. SERVATIUS
                                                 Assistant United States Attorney

MOTION AND ORDER TO UNSEAL
INDICTMENT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:14CR271 LJO-SKO |
| Plaintiff, | ) ORDER RE: MOTION TO UNSEALSEAL |
| | ) INDICTMENT PURSUANT TO RULE 6(e), |
| v. | ) RULES OF CRIMINAL PROCEDURE |
| HUMBERTO BUCIO DELGADO, ET AL. | ) |
| Defendants. | ) |

Pursuant to the Motion by the United States,

IT IS HEREBY ORDERED that the Indictment and Arrest Warrants filed on December 18, 2014 be unsealed and made public record.

DATED: July 21, 2015

_____
U.S. MAGISTRATE JUDGE

---

<sup>1</sup> MOTION AND ORDER TO UNSEAL INDICTMENT